RECEIVED
IN CLERK'S OFFICE

FEB 1 6 2016

U.S. DISTRICT COURT
MID. DIST. TENN.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
_Nashville_ **DIVISION**

| | |
|---|---|
| "Anthony-Eric: Emerson<br>**(Name)**<br>087906 ,<br>**(Prison Id. No.)**<br><br>_____ ,<br>**(Name)**<br>_____ ,<br>**(Prison Id. No.)**<br><br>**Plaintiff(s)**<br><br>v.     c/o General Counsel<br>CORIZON 103 W. Park<br>CORIZON INC. Dr. Su.200 Brentwood<br>Ten, 37027<br>**(Name)**   Box 24400<br>Dr. Lucy Burciaga Tucson 85734<br>**(Name)**<br><br>**Defendant(s)** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

*(List the names of all the plaintiffs filing this lawsuit. Do not use "et al." Attach additional sheets if necessary.)*

Civil Action No. _____
 *(To be assigned by the Clerk's Office. Do not write in this space.)*

JURY TRIAL REQUESTED __✓_ YES ___ NO

*(List the names of all defendants against whom you are filing this lawsuit. Do you use "et al." Attach additional sheets if necessary.)*
INJUNCTION REQUEST
EMERGENCY INJUNCTION

### COMPLAINT FOR VIOLATION OF CIVIL RIGHTS FILED
### PURSUANT TO 42 U.S.C. § 1983

I.  **PARTIES TO THIS LAWSUIT**

  A.  Plaintiff(s) bringing this lawsuit:

   1.  Name of the first plaintiff: _"Anthony- Eric: Emerson"_
    Prison I.D. No. of the first plaintiff: _087906_
    Address of the first plaintiff: _P.o. box 24401, Tucson Az._
    _85734_

    Status of Plaintiff: CONVICTED ( ✓ )    PRETRIAL DETAINEE (___)

   2.  Name of the second plaintiff: _____
    Prison I.D. No. of the second plaintiff: _____
    Address of the second plaintiff: _____
    _____

    Status of Plaintiff: CONVICTED (___)    PRETRIAL DETAINEE (___)

Revised 11/2014

1A

CORIZON'S POLICY MAKERS
WHO GIVE DIRECTIVES
FROM THIS VENUE AND
THOSE WHO IMPLEMENT

| | | |
|---|---|---|
| 2) | B. Anderson 1 | 103 W. Park Dr. Su. 200, Brentwood TN. 37027 |
| 3) | TRACY NOLAND | 103 W. Park Dr. Su. 200, Brentwood TN 37027 |
| 4) | JONATHAN WALKER | 103 W. Park Dr. Su. 200, Brentwood TN 37027 |
| 5) | DR. WOODROW MYERS | 103 W. Park Dr. Su. 200, Brentwood TN 37027 |
| 6) | KAREY WITTY | 103 W. Park Dr. Su. 200, Brentwood TN 37027 |
| 7) | DR. HAROLD ORR | 103 W. Park Dr. Su. 200, Brentwood TN 37027 |
| 8) | SCOTT BOWERS | 103 W. Park Dr. Su. 200, Brentwood TN 37027 |
| 9) | TAMARA PORTER R.N | P.O. Box 24400, Tucson-Az. 85734 |
| 10) | LISA LYON R.N. | P.O. Box 24400, Tucson-Az. 85734 |
| 11) | ANGELA MARTINEZ R.A. | P.O. Box 24400, Tucson-Az. 85734 |
| 12) | NURSE MUNG | P.O. Box 24400, Tucson-Az. 85734 |
| 13) | DR. CALVIN JOHNSON | 103 W. Park Dr. Su. 200, Brentwood TN 37027 |
| 14) | R.N. THAYER | P.O. Box 24400, Tucson-Az. 85734 |

PEOPLE WHO ENFORCE IN ARIZONA

| | | |
|---|---|---|
| 15) | GLEN PACHECHO | PO Box 24400, Tucson-Az. 85734 |
| 16) | MARLENE BEDOYA | PO Box 24400, Tucson-Az. 85734 |
| 17) | JAMES MACKENZIE | PO Box 24400, Tucson-Az. 85734 |
| 18) | K. VASQUEZ #MK28 | PO Box 24400, Tucson-Az. 85734 |
| 19) | DEBRA HAN | PO Box 24400, Tucson-Az. 85734 |
| 20) | PANANNA DAYS | PO Box 24400, Tucson-Az. 85734 |

1 B

PEOPLE WHO ENFORCE IN ARIZONA Cont.

21) ALFRED RAMOS             P.O. Box 24400, TUCSON-Az 85734

22) CHERYL DOSSETT           1601 W. JEFFERSON, PHOENIX-Az. 85007

23) COE INZUNZA             P.O. Box 24400, TUCSON-Az. 85734

24) VANESSA HEADSTREAM       1601 W. JEFFERSON, PHOENIX-Az. 85007

25) JULIET RESPICIO-MORIARITY  1601 W. Jefferson, Phoenix-Az. 85007

26) CHARLES L. RYAN          1601 W. JEFFERSON, PHOENIX-Az. 85007

27) DOES 1 to 100 Agents and Employees

*(Include the name of the institution and mailing address with zip code for each plaintiff. If any plaintiff changes his or her address, he or she must notify the Court immediately. If there are more than two plaintiffs, list their names, prison identification numbers, and addresses on a separate sheet of paper.)*

   B.   Defendant(s) against whom this lawsuit is being brought:

   1.   Name of the first defendant: _CORIZON INC._
        Place of employment of the first defendant: _CORIZON INC C/O General Counsel 103 w. Park Dr, Su 200, Brentwood TN 37027_
        First defendant's address: _103 w. Park Dr, Su. 200, Brentwood TN 37027_

        Named in official capacity?     ✓ Yes     ___ No
        Named in individual capacity?  ✓ Yes     ___ No

   2.   Name of the second defendant: _Dr. Lucy Burciaga_
        Place of employment of the second defendant: _CORIZON INC P.O. Box 244_
        Second defendant's address: _Box 24400, Tucson Az 85734_

        Named in official capacity?     ✓ Yes     ___ No
        Named in individual capacity?  ✓ Yes     ___ No

*(If there are more than two defendants against whom you are bringing this lawsuit, you must list on a separate sheet of paper the name of each additional defendant, his or her place of employment, address, and the capacity in which you are suing that defendant. If you do not provide the names of such additional defendants, they will not be included in your lawsuit. If you do not provide each defendant's proper name, place of employment, and address, the Clerk will be unable to serve that defendant should process issue.)*

## II.   JURISDICTION

   A.   Jurisdiction is asserted pursuant to 42 U.S.C. § 1983 (applies to state prisoners). Jurisdiction is also invoked pursuant to 28 U.S.C. § 1343(a)(3).

        If you wish to assert jurisdiction under different or additional statutes, you may list them below:
        _Pendent Jurisdiction, 28 USC 2201_
        _RULE 65_

2 A

2) D. Anderson                103 W. Park Dr. Su. 200, Brentwood TN 37027
3) Tracy Noland              103 W. Park Dr. Su. 200, Brentwood TN 37027
4) Jonathan Walker           103 W. Park Dr. Su. 200, Brentwood TN 37027
5) Dr. Woodrow Myers         103 W. Park Dr. Su. 200, Brentwood TN 37027
6) Karey Witty               103 W. Park Dr. Su. 200, Brentwood TN 37027
7) Dr. Harold Orr            103 W. Park Dr. Su. 200, Brentwood TN 37027
8) Scott Bowers              103 W. Park Dr. Su. 200, Brentwood TN 37027
9) Tamara Porter R.N.        P.O. Box 24400, Tucson Az. 85734
10) Lisa Lyen R.N.           P.O. Box 24400, Tucson Az. 85734
11) Angela Martinez          P.O. Box 24400, Tucson Az. 85734
12) Nurse Mong               P.O. Box 24400, Tucson Az. 85734
13) Dr. Calvin Johnson       103 W. Park Dr. Su. 200, Brentwood TN. 37027
14) R.N. Thayer              P.O. Box 24400, Tucson Az. 85734
15) Glen Pachecho            P.O. Box 24400, Tucson Az. 85734
16) Marlene Bedoya           P.O. Box 24400, Tucson Az. 85734
17) James MacKenzie          P.O. Box 24400, Tucson Az. 85734
18) K Vasquez # VK28         P.O. Box 24400, Tucson Az. 85734
19) Debra Han                P.O. Box 24400, Tucson Az. 85734
20) Pananna Days             P.O. Box 24400, Tucson Az. 85734
21) Wilfred Ramos            P.O. Box 24400, Tucson Az. 85734
22) Cheryl Dossett           1601 W. Jefferson, Phoenix - AZ 85007
23) Co II Inzunza            P.O. Box 24400, Tucson - Az 85734
24) Vanessa Headstream       1601 W. Jefferson, Phoenix - AZ 85007
25) Juliet Respicio-Moriarity 1601 W. Jefferson, Phoenix - AZ 85007
26) Charles L. Ryan          1601 W. Jefferson, Phoenix - AZ 85007
27) Does 1 to 100 Agents and Employees

III.   **PREVIOUS LAWSUITS (The following information must be provided by each plaintiff.)**

A.   Have you or any of the other plaintiffs in this lawsuit filed any other lawsuit(s) in the United States District Court for the Middle District of Tennessee, or in any other federal or state court?   ✓Yes   ____No

B.   If you checked the box marked "Yes" above, provide the following information:

1.   Parties to the previous lawsuit:

   Plaintiffs   _"Anthony-Eric: Emerson"_

   Defendants   _Arizona. And others_

2.   In what court did you file the previous lawsuit?   _USPC AZ_

   (If you filed the lawsuit in federal court, provide the name of the District. If you filed the lawsuit in state court, provide the name of the state and the county.)

3.   What was the case number of the previous lawsuit?   _Unk_

4.   What was the Judge's name to whom the case was assigned?   _Unk_

5.   What type of case was it (for example, habeas corpus or civil rights action)?   _1983_

6.   When did you file the previous lawsuit?   (Provide the year, if you do not know the exact date.)   _2014_

7.   What was the result of the previous lawsuit?   For example, was the case dismissed or appealed, or is it still pending?   _Dismissed_

8.   When was the previous lawsuit decided by the court? (Provide the year, if you do not know the exact date.)   _Unk_

9.   Did the circumstances of the prior lawsuit involve the same facts or circumstances that you are alleging in this lawsuit?   ____Yes   ✓No

*(If you have filed more than one prior lawsuit, list the additional lawsuit(s) on a separate sheet of paper, and provide the same information for the additional lawsuit(s).)*

IV.     **EXHAUSTION**

A.     Are the facts of your lawsuit related to your present confinement?

✓ Yes          ___No

B.     If you checked the box marked "No" in question III.B above, provide the name and address of the prison or jail to which the facts of this lawsuit pertain. _____
_____
_____

C.     Do the facts of your lawsuit relate to your confinement in a Tennessee state prison?

___Yes          ✓ No

*(If you checked the box marked "No," proceed to question IV.G. If you checked the box marked "Yes," proceed to question IV.D.)*

D.     Have you presented these facts to the prison authorities through the state grievance procedure?          ✓ Yes          ___No

E.     If you checked the box marked "Yes" in question III.D above:

1.     What steps did you take? *Grievance Appeal To Director*
_____

2.     What was the response of prison authorities? *Relief Denied*
_____
_____

F.     If you checked the box marked "No" in question IV.D above, explain why not._____
_____
_____
_____

G.     Do the facts of your lawsuit pertain to your confinement in a detention facility operated by city or county law enforcement agencies (for example, city or county jail, workhouse, etc.)?          ___Yes          ✓ No

H.     If "Yes" to the question above, have you presented these facts to the authorities who operate the detention facility?          ___Yes          ___No

I.     If you checked the box marked "Yes" in question III.H above:

1.     What steps did you take? _____
_____

2. What was the response of the authorities who run the detention facility?_____

_____

_____

J. If you checked the box marked "No" in question IV.H above, explain why not. _____

_____

_____

_____

## V.    CAUSE OF ACTION

Briefly explain which of your constitutional rights were violated:

8th and 14th Amend.

_____

_____

## VI.    STATEMENT OF FACTS

State the relevant facts of your case as briefly as possible. Include the dates when the incidents or events occurred, where they occurred, and how each defendant was involved. Be sure to include the names of other persons involved and the dates and places of their involvement.

If you set forth more than one claim, number each claim separately and set forth each claim in a separate paragraph. Attach additional sheets, if necessary. Use 8 ½ inch x 11 inch paper. Write on one side only, and leave a 1-inch margin on all 4 sides.

( see Attached )

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

DELIBERATE INDIFFERENCE
POLICY DIRECTIVE FROM
BRENTWOOD TENNESSEE

1) Formal Policy of CORIZON has been established and ratified in Brentwood Tennesse by Nelan, Flatt, Walker, Myers, Witty, Orr, Bowers, Does as Formal Policy Makers. Charles L. Ryan has promulgated and Ratified ADOC Policies.

2) These Policies as Implemented provide for those Acting on behalf of CORIZON and ADOC to ensure they act with deliberate indifference to serious medical needs, denial of medical care, delay in medical treatment

3) Both CORIZON and ADOC Disregard Orders by specialists, If they favor inmates shop for providers changing them at critical stages disrupting the continuity of care issuing orders adverse to inmates, saving money for CORIZON.

4) According to CORIZON staff and ADOC employees this policy of Deliberate Indifference Is conveyed to them by E-Mail and Phone calls.

ARIZONA CORIZON STAFF

5) Porter, Lyon, Martinez, Mong, Burciaga and Doe's are aware that they have the Duty not to delay, deny, defer, medical care for serious medical needs, have done exactly Just that upon the directives of those in above.

## My CLAIMS

6) I have been diagnosed with Chronic Back Pain, Herniated disc's, Degenerative Disc Desease, Retrolisthesis, SI Nerve compression, Siatic Nerve damage.

7) I have so much pain in my left leg and buttox that I cannot walk straight, sit long, sleep, move without unbearable pain. The pain goes from right to left, up and down, have atrophy shrunk leg, drop foot, numbness, causing the arthritis in my knees to be worse, back tremmors and ceasures.

8) A MRI was done in Feburary 2014 and though I am getting worse, No further pregressive treatment has been done due to CORIZON'S Policy to Deny Medical Care, Delay treatment and act with deliberate indifference.

9) The Pain Meds given to me are so ineffective that I am to get up or move at times, Caused me to fall from sharp pains and back ceasures. My Repeated complaints have been disregarded due to the policies in Paragraph 1 to 4.

10) As Retaliation for my requesting that I receive treatment that shall control my pain and be given effective medication until more permanent treatment can be received, Nurse Mung, RN Thayer officer Vasquez disciplined me. The D.W. Glen Pachecho had me placed in detention for requesting proper housing in accordance with my medical orders. This is a common practice defendants follow to stop inmates requesting they be

and not

act with deliberate indifference to serious medical needs,

11) When I complained that the treatment was ineffective I was moved and Inzunza seized my property. Though Cheif of Security Captain Ritchie allowed me to mail these items to my family CO III Stacey Colston advised me that the items were destroyed.

12) Ryan in his capacity as the Policy Maker of ADOC and an agent of CORIZON encourages retaliation and coverup.

13) Pachecho, Bedoya, MacKenzie, Han, Days, RAMOS, Dossett, Headstream, Respicio-Meriarity, and each of them covered up the conduct in Paragraph 1 through 12.

14) Defendants and each of them have Acted with Deliberate indifference to my serious medical needs,

INJURY

15) I have unbearable pain cannot walk, sit long, stand straight, sleep, move without unberable pain, have been punished for complaining about my condition.

16) Defendants failed to excercise the necessary skills, learning, experience expected of prudent health care providers in same or similar circumstances in the local community;

and skill

as those who based on their specialized board certification, learning and experience diagnosed and gave me the meds that managed my condition;

18) As a direct and proximate cause of defendants actions in paragraphs 1 thru 17 breach of contract and negligence, I have been injured and continue to suffer unwanted pain and suffering;

19) Johnson, Flatt, Nolan, Walker, My , Witty, Bowers, and CORIZON recieve payment from the Affordable Care Act and tax as well as other Federal Benefits, Fidelity, to provide health care that comparts to constitutional standards;

20) To obtain these benefits they have represented through application Returns and Corporate documents that they are providing care that comparts to constitutional standards without retaliation;

21) CORIZON was paid to provide me health care for my serious medical needs in this complaint, which I did not receive;

22) Corizen and defendants in 1 to 17 made the representations in paragraph 1-21 which they knew were false and had no reasonable basis for beleiving they were true, they did so with the intent to induce the execution of the contracts to provide health care, which contracts became the vehicle to defraud;

23) Defendants retained the monies they received on the contracts without offering me the care of right;

24) In every contract or agreement there is an implied premise of good faith and fair dealing. This means defendants are to provide the agreed upon service;

25) Defendants had a meeting of the minds when they put in place the CORIZON policies, practices, customs and traditions referred to in this complaint. This scheme provides for denying / delaying medical care to inmates so as to save money for CORIZON;

26) As a shield, CORIZON uses other physicians, who are not familiar with inmates medical needs or records, who are not board certified specialists, to deny medical care for serious medical records, thereby recieving bonuses. When sued these physicians give cover to CORIZON;

27) Each and every defendant's individual acts in this complaint and conspiricies were intended to, and did constitute violations of the 8th Amendment;

28) Each and every defendant acted with deliberate indifference to serious medical needs inflicting upon me unwanted pain and suffering as I describe;

### INJURY

29) I have unbearable pain cannot walk, sit long, stand straight, sleep, move without umberable pain, have been punished for complaining about my condition,

30) The Conduct in this Complaint is <u>Deliberate Inhuman</u> or

suffering,

causing actual bodily harm as well as intense physical suffering. This is TORTURE DELIBERATE OR DEGRADING TREATMENT

31) I have unbearable pain cannot walk at times, sit long, stand straight, sleep, move without unbearable pain, have been punished for complaining about my condition;

32) The conduct in this Complaint violates; VIOLATION OF ARTICLES 2.3 (a) (b); (7); 10.1; ICCPR

33) The Administrative Remedies are not effective within the meaning of Article 2.3 (a) ICCPR; ARS 31-201.01 Provides no state Remedies for these violations;

34) The Conduct violate Article 7 ICCPR as it is torture, cruel, Inhuman, degrading treatment and punishment;

35) It constitutes treatment in violation of the humanity and with RESPECT for the inherent dignity of the human PERSON, Provisions of Article 10.1 ICCPR

INJURY

36) I have unberable pain cannot walk at times, sit long, stand straight, sleep, move without unberable pain, have been punished for complaining about my condition;

DECLARATORY RELIEF

37) The following evidence in the custody of CORIZON and these in paragraph 1 to 29 show that those in paragraph 2 have established the administrative practice of denying, delaying, deffering treat-

make profit, and this is why I was denied treatment, Karr V Bay, 413 F-supp 579, 505 (w-D Ohio 1976)

38) Pursuant to 28 USC 2201 I request declaratory judgement that the practice in paragraphs 1 to 29 is shown in the decision in exhibits (a) CORIZONS unwritten practices; (b) CORIZONS Policies, (c) Settlements entered into by CORIZON (d) Bids submitted by CORIZON including memos, E-mails leading to these bids (e) Contracts not renewed and cancelled against CORIZON (f) audits of CORIZON (g) minutes of meetings of the board of directors and executive commitee of CORIZON (h) filings by CORIZON with Federal agencies (i) Responses by CORIZON to request for discovery in litigation in Federal and state courts (j) exit interviews by CORIZON employees see Coleman V. American Brand COS 106 FRD 201, 207-09 (D·DC1985)

59) I have unberable pain cannot walk at times, sit long, stand straight, sleep, move without unberable pain, have been punished for complaining about my condition;

INJUNCTION REQUEST

I am in unbearable pain, have problems getting up or down, I ask that I be ordered seen by a specialist nero surgeon and treated.

**VII.    RELIEF REQUESTED**: State exactly what you want the Court to order each defendant to do for you.

_Damages of $1500,000, for defendant, Treatment._

I request a jury trial.    ⟋ Yes    ___No

**VIII.    CERTIFICATION**

I (we) certify under the penalty of perjury that the foregoing complaint is true to the best of my (our) information, knowledge and belief.

Signature: _"Anthony-Eric Emerson"_    Date: _02/08/16_
Prison Id. No. _08790 6_
Address (Include the city, state and zip code.): _P. O. Box 24401_
_Tucson - AZ 85734_

Signature: _____    Date: _____
Prison Id. No._____
Address (Include the city, state and zip code.):_____

**ALL PLAINTIFFS MUST SIGN AND DATE THE COMPLAINT**, and provide the information requested above.  If there are more than two plaintiffs, attach a separate sheet of paper with their signatures, dates, prison identification numbers, and addresses.

**ALL PLAINTIFFS MUST COMPLETE, SIGN, AND DATE SEPARATE APPLICATIONS TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS**, if not paying the civil filing fee.

**SUBMIT THE COMPLAINT AND (1) THE REQUIRED FILING FEE OR (2) COMPLETED APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES AND COSTS TOGETHER.** Complaints received without the required filing fee or application to proceed without prepayment of fees will be returned.  Filing fees and applications to proceed without prepayment of fees  submitted without a complaint will be returned.

**Simons Physical Therapy**
8703 E Golf Links Rd
Tucson, AZ 85730-1301
Phone: (520)514-1114
Fax: (520)514-2144
Simonsphysicaltherapy.com/

**Physical Therapy
Initial
Examination**

**Patient Name:** Emerson, Anthony
**Date of Birth:** 09 /25/19 70
**Document Date:** 08/18/2014

**Assessment/Diagnosis:** Left lumbar radiculopathy. MRI report shows mild retolisthesis of L5-S1, L5-S1 left paracentral disc extrusion with displacement of the S1 nerve root, L1-2 3mm left paracentral disc extrusion with abutment of the L2 nerve root. Pt c/o of left lumbar pain, left posterior leg pain, intermittent numbness/tingling in the foot and calf weakness. Clinical signs and symptoms correlate well with MRI findings. Patient should be referred to a neurosurgeon as two nerve roots are at risk of permanent damage. Patient will benefit from physical therapy for traction, gait training and symptom management to promote best function. He also needs the quad cane replaced with a single point cane to be used in the right hand.
**Patient Education:** Self traction methods with chair or table.
**Rehab Potential:** Fair (Two disc extrusions that threaten the nerve roots.)
**Contraindications to Therapy:** None
**Patient Problems:**
- Improper gait with quad cane
- Antalgic gait without device
- Lumbar pain 5/10 today, 10/10 at worst
- Mm spasms of left lumbar spine and left leg
- Frequent episodes of numbness/tingling/pain in left leg
- Difficulty sleeping
- Difficulty dressing
- Difficulty walking
**Short Term Goals:**
1: (2 Weeks) I 0% I Change to spc - ambulate safely with spc.
2: (4 Weeks) I 0% I Minimize antalgic gait without AD
3: (4 Weeks) I 0% I Decrease worst lumbar pain from 10 to 8/10
4: (2 Weeks) I 0% I Update HEP
**Long Term Goals:**
1: (8 Weeks) I 0% I Decrease average lumbar pain of 5 to 3/10
2: (8 Weeks) I 0% I Decrease episodes of mm spasms in the left LE to3 x week
3: (8 Weeks) I 0% I Decrease episodes of numbness/tingling/pain in left LE to 3 x week
4: (8 Weeks) I 0% I Sleeping 4-6 hours without symptoms
5: (8 Weeks) I 0% I Dressing with minimal pain
6: (8 Weeks) I 0% I Walking with spc and minimal pain for community distances.

## Plan
**Frequency:** 3 times a week
**Duration:** 8 weeks
**Plan:** Begin Plan as Outlined
**Treatment to be provided:**
**Procedures**

**Simons Physical Therapy**
8703 E Golf Links Rd
Tucson, AZ 85730-1301
Phone: (520)514-1114
Fax: (520)514-2144
Simonsphysicaltherapy.com/

# Physical Therapy
## Initial
### Examination

Therapeutic Exercises, Therapeutic Activity (Bed Mobility, ADL Specific), G ait Taining (1 Point Cane, Even Surfaces, Uneven Surfaces, Stairs, Curbs), Neuromuscular Rehabilitation, Manual Therapy, Splinting/Taping, Patient Education

## Modalities

To Improve (Pain Relief, Decrease Inflammation, Increase Blood Flow, Improve Tissue Healing), Electrical Stimulation, Ultrasound/Phonophoresis, Cryotherapy, Hot Packs, Mechanical Traction (Lumbar, Start with half body weight.)

Certification of Medical Necessity: It will be understood that the treatment plan mentioned above is certified medically necessary by the documenting therapist and referring physician mentioned in this report. Unless the physician indicates otherwise through written correspondence with our office, all further referrals will act as certification of medical necessity on the treatment plan indicated above.

Thank you for this referral. If you have questions regarding this plan of care, please contact me at (520)514-1114.

Please sign and return: Fax#: (520)514-2144

I certify the need for these services furnished under this plan of treatment and while under my care.

__I have no revisions to the plan of care.
__Revise the plan of care as follows_____
_____

Angela Jennings PT 6177

Angela L Jennings
License #6177
*Completed by Angela L Jennings on August 18, 2014 at 9:43 pm*

Physician Signature_____
                            L. Burciagia, MD
Date:_____

Powered by *WebPT*™

**Simons Physical Therapy**
8703 E Golf Links Rd
Tucson, AZ 85730-1301
Phone: (520)514-1114
Fax: (520)514-2144
Simonsphysicaltherapy.com/

# Physical Therapy
# Initial
# Examination



**Patient Name:** Emerson, Anthony
**Date of Birth:** 09 /25/19 70

**Referring Physician(s):** Burciagia, Lucy MD / Fisher, Penny

**Visit No.:** 1

**Date of Initial Examination:** 08/18/2014
**Injury/Onset/Change of Status Date:** 04/18/2013 New Injury, no previous back problems
**Diagnosis:** ICD9 : 722.10: Displacement of Lumbar intervertebral disc without myelopathy, 781.2: Abnormality of gait

**Treatment Diagnosis:** ICD9 : 722.10: Displacement of Lumbar intervertebral disc without myelopathy, 781.2: Abnormality of gait

## Subjective

**Treatment Side:** Left
**History of Present Condition/Mechanism of Injury:** Back pain, sciatic nerve. April 2013. OA both knees, R>L. MRI retroloisthesis L5-1. Left disc disc extrusion L5-1. Displacement of S1 nerve. L1-2 3 mm left paracentral disc extrusion L2 nerve root. Pt reports he can feel a lump that moves and pushes inside. Injured in an altercation with corrections officers over a year ago.
**Primary Concern/Chief Complaint:** Pain with stepping on the ground. Using quad cane. Numb/tingling left leg - post thigh and calf. Sometimes can't feel toes. Pain starts in the lumbar and radiates down to calf but not quite to the foot. MM spasms. Pain and spasms can be severe enough to drop him to the ground, unable to recover.
**Prior Level of Function:**
    **Self Care:**
    **Changing & Maintaining Body Position:**
    **Mobility: Walking & Moving Around:**
    **Carrying, Moving & Handling Objects:**
**Current Functional Limitations:**
    **Self Care:** Sleep: Disturbed Sleep - SOmetimes when the disc material is displaced; IADLs: Washing dressing
    **Changing & Maintaining Body Position:** Transfers: all transfers can be painful
    **Mobility: Walking & Moving Around:** Use of an Assistive Device: quad cane; Walking: steps and stairs; Negotiate Obstacles: sometimes slips on uneven terrain
    **Carrying, Moving & Handling Objects:** Recreation: used to lift weights - Doing HEP from previous
**Pain Location:** Lumbar
    **Pain Scale: Worst:** 10 **Best:** 3 **Current:** 5
    **Pain Description:** Sharp
    **Pain Follow-up Plan:** traction manual
**Aggravating Factors:** Sitting, Standing, Walking, Stairs - up, Stairs - down, Sit to stand
**General Health:** Good
**Home Health Care:** No
**Medical History:** Osteoarthritis (Both knees), Previous Therapy (For same injury)
**Diagnostic Testing/Imaging:** MRI
**Mental Status/Cognitive Function Appears Impaired?** No
**Current Medications:** Prescription (see list)
Ibuprofen does not seem to help.
**Patient Goals:** Decrease pain, improve gait and function.

## Objective

### Inspection

| | |
|---|---|
| Inspection | Ant rotation right illeum, left posterior rotation. rounded shoulders forward head |
| **Iliac Crests** | Left Elevated |
| **PSIS** | Left Elevated |
| **ASIS** | Left Elevated |

**Simons Physical Therapy**
8703 E Golf Links Rd
Tucson, AZ 85730-1301
Phone: (520)514-1114
Fax: (520)514-2144
Simonsphysicaltherapy.com/

**Patient Name:** Emerson, Anthony
**Date of Birth:** 09 /25/19 70
**Document Date:** 08/18/2014

# Physical Therapy Initial Examination

## Observation

| | |
|---|---|
| **Posture** | Forward Head, Rounded Shoulders |
| **Gait** | Antalgic |
| | quad cane in left hand |

**Assistive Device**
| | |
|---|---|
| Type | Quad Cane |
| Hand Used | Left |

## Range of Motion

There were No AROM limitations noted for Hip, Knee, Ankle, Feet.

## Strength

No Lower Extremity strength deficits were noted.

**Comments**      Left gastroc visibly smaller than right. pt reports the same in hamstrings.

## Neuro-Vascular

**Myotomes Lower**

| | Right | Left |
|---|---|---|
| L1, 2 Iliopsoas | Normal | Normal |
| L3 Quadriceps | Normal | Normal |
| L4 Anterior Tibialis | Normal | Normal |
| L5 EHL | Normal | Normal |
| S1 Gastroc | Normal | Fair |
| S2 Hamstrings | Normal | Fair |
| ☐ | Mild decrease in left LE strength in gastrocs and hamstrings. | |

**Dermatomes Lower**

| | Right | Left |
|---|---|---|
| L1, 2 Mid Anterior Thigh | Normal | Normal |
| L3 Distal Inner Thigh | Normal | Normal |
| L4 Anterior Tibialis | Normal | Normal |
| L5 EHL | Normal | Normal |
| S1 Lateral Foot | Normal | Normal |
| S2 Mid Gastoc/Hamstring | Normal | Normal |
| ☐ | Toes and bottom of foot go numb when disc presses on nerve. Pt reports normal sensation at this time. | |

| | Right | Left |
|---|---|---|
| Lasegue's SLR | Negative | Positive |
| Lasegue's SLR comments: | Left 45 degrees | |

## Palpation

**Comments**      TTP asis, psis, illiac crests.

## Assessment

INMATE MAIL: ARIZONA DEPARTMENT OF CORRECTIONS
Inmate  Anthony Eric Essex Sr.
ADC#  082006
Arizona State Prison Complex
Unit  Manzanita Tucson
City  Tucson     AZ  85734
P.O. Box 24901

LEGAL MAIL
Arizona Department of Corrections
INSPECTED

RECEIVED
IN CLERK'S OFFICE

FEB 1 6 2016

U.S. DISTRICT COURT
MID. DIST. TENN.

Clerk, U.S. District Court
800 U.S. Courthouse
Nashville, Tennessee 37203

